AO93 Search and Seizure Warrant



# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br>the Single-Family Residence Located at 739 N. 112th<br>Drive, Avondale, AZ 85323 | Case No. 25-5491MB |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before __12/1/25__ *(not to exceed 14 days)* ☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona</u>.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for _30_ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __Nov. 17, 2025__  __4:02 pm__   _/s/ Deborah M. Fine_
                                                        *Judge's signature*

City and state: <u>Phoenix, Arizona</u>         <u>Honorable Deborah M. Fine, U.S. Magistrate Judge</u>
                                                *Printed name and title*

## ATTACHMENT A

*Property to be Searched*

The property to be searched is a single-family, southwest facing, two-story residence located at 739 N. 112th Drive, Avondale, AZ 85323, (the "SUBJECT PREMISES"). The SUBJECT PREMISES is the first residence south of W. McKinley St. on the east side of 112th Drive. The SUBJECT PREMISES has a green space/tree covered area to its left and has one neighboring residence to the south or right of it. The SUBJECT PREMISES is brown and tan stucco with two columns at the front porch area. The right column has rectangular shaded area of where the house number used to be affixed as pictured below. The SUBJECT PREMISES has a concrete driveway at the front leading up to a tan garage door that sits to the right of the front porch.



## ATTACHMENT B

*Property to be seized*

1. Package 3 (**Subject Parcel**);

2. Any illegal controlled substances;

3. Books, records, receipts, notes, ledgers, invoices, and any other documentation related to the manufacture, importation, transportation, ordering, purchase, sale, or distribution of controlled substances ranging from May 1, 2025, to present;

4. Drug ledgers, drug customer lists, drug inventory lists, weights and prices, dealer lists, criminal associates lists ranging from May 1, 2025 to present, or any notes containing the individual names of such persons, telephone numbers or addresses of these customers or dealers, and any records of accounts receivable, money paid or received, drugs supplied or received, cash received, or to be paid for controlled substances, or intended to be paid for controlled substances;

5. Records relating to the receipt, transportation, deposit, transfer, or distribution of money ranging from May 1, 2025 to present, including but not limited to, direct deposit confirmations, wire transfers, money orders, cashier's checks, check stubs, PayPal or other electronic money transfer services, check or money order purchase receipts, account statements, and any other records reflecting the receipt, deposit, or transfer of money;

6. United States currency, foreign currency, financial instruments, negotiable instruments, jewelry, precious metals, stocks, bonds, money wrappers, and receipts or documents regarding purchases of real or personal property;

7. Safe deposit box keys, storage locker keys, safes, and related secure storage devices, and documents relating to the rental or ownership of such units;

8. Currency counters;

9. Indicia of occupancy, residency, rental, ownership, or use of the Subject Premises and any vehicles found thereon during the execution of the warrant, including, utility and telephone bills, canceled envelopes, rental, purchase, or lease agreements, identification documents, keys, records of real estate transactions, vehicle titles and registration, and vehicle maintenance records;

10. Photographs, including still photos, negatives, slides, videotapes, and films, in particular those showing co-conspirators, criminal associates, U.S. currency, real and personal property, firearms, or controlled substances;

11. Paraphernalia related to the importation, transportation, use, or distribution of controlled substances or proceeds from the sale of controlled substances, including materials commonly used for the clandestine shipment thereof, including but not limited to, dies, press, scales, bottles, mixing bowls, spoons, grinders, cutting agents, cutting boards, baggies, knives/razors, plastic wrap/cellophane, tape, seals, boxes, packaging materials, scent masking agents, shipping labels, and storage containers;

12. Firearms, ammunition, magazines, cases, boxes, holsters, slings, gun pieces, gun cleaning items or kits, ammunition belts, original box packaging, targets, expended pieces of lead, and records, receipts, or other paperwork showing the purchase, storage, disposition, or dominion and control over firearms and ammunition.

13. Any and all cellular telephones or electronic devices.

- Any records and information seized will range from May 1, 2025, to the present and relate to the violations of 21 U.S.C. § 846 (Conspiracy) and 21 U.S.C. § 841 (Possession with Intent to Distribute a Controlled Substance)